UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

        - v. -                    :     07 Cr. _____

RANDY HIGHTOWER,

              Defendant.          :

- - - - - - - - - - - - - - - - x

**07 CRIM 1111**

## COUNT ONE

The Grand Jury charges:

On or about November 11, 2007, in the Southern District of New York and elsewhere, RANDY HIGHTOWER, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 13, 2005, in New York Supreme Court, Bronx County, of attempted robbery in the second degree, a violation of New York Penal Law 160.10, a Class D felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Walther semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**RANDY HIGHTOWER,**

**Defendant.**

**INDICTMENT**

07 Cr.

(18 U.S.C. § 922(g)(1)))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*Germain Clifford*

*Posted 11/27*

*R C*
*12/5/07*

*Indictment filed, case assigned to Judge Manero.*

*F. Maas, USMJ*