

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2007

**BY HAND**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-07
```

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

    Re:    <u>United States v. Randy Hightower</u>
            07 Cr. 1111 (VM)

Dear Judge Marrero:

    This matter was assigned to Your Honor on Wednesday, December 5, 2007, and was referred by your law clerk to the duty Magistrate Judge for Arraignment, which is to be held today. Your law clerk also advised that Your Honor would be available for an initial pre-trial conference on December 14, 2007, at 11:45 a.m. Enclosed please find a copy of the indictment for Your Honor's files.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

```
Request GRANTED. The initial pre-trial
conference herein is rescheduled to 12-14-07
at 11:45 a.m.

SO ORDERED.

12-7-07         /s/ Victor Marrero
DATE           VICTOR MARRERO, U.S.D.J.
```

                          By:  _____
                              Jeff Alberts
                              Assistant U.S. Attorney
                              (212) 637-1038

Enclosure

cc by fax w/encl.:  Steven Statsinger, Esq.
                     Attorney for Defendant Randy Hightower