UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :    **ORDER**

           - v -                   :    07 Cr. 1111 (VM)

RANDY HIGHTOWER,                   :

           Defendant.              :

- - - - - - - - - - - - - - - - - -X

      Upon the annexed Affirmation of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Jeff Alberts, pursuant to Fed. R. Crim. P. 17(c), indicating that the items held by the New York City Police Department Tape and Records Unit will be useful and necessary to prepare for trial and to complete discovery in this case,

      IT IS HEREBY ORDERED that the New York City Police Department Tape and Records Unit provide forthwith to Detective Edgardo Barbot any and all 911 calls, any and all radio runs, and any and all Sprint printouts, related to a report of a gun possession at or near 1020 Summit Avenue in the 44th precinct, on November 11, 2007.

DATED: New York, New York
       February 27, 2008

                                  _____
                                  THE HONORABLE VICTOR MARRERO
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08
```