```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 1111 (VM)
                                    :
     - against -                    :    ORDER
                                    :
                                    :
RANDY HIGHTOWER,                    :
                                    :
              Defendant.            :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant in the above-captions proceeding in Courtroom 20B, 500 Pearl Street, New York, New York, for a conference scheduled on March 14, 2008.

In the event that the defendant refuses to leave the facility in which he is held, or refused to comply with any rules or procedures of the Marshals Service or the BOP regarding his transportation to Court, the Marshals Service and the BOP may use such force as is reasonably necessary to bring the defendant to Court for the defendant's scheduled appearance.

**SO ORDERED:**

Dated:   New York, New York
         29 February 2008

                                         Victor Marrero
                                            U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-29-08