UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- X
UNITED STATES OF AMERICA             :
                                     :     07 CR. 1111 (VM)
                                     :
        - against -                  :     **ORDER**
                                     :
                                     :
RANDY HIGHTOWER,                     :
                                     :
                Defendant.           :
---------------------------------X

**VICTOR MARRERO, United States District Judge.**

The next conference, currently scheduled for February 29, 2008, must be rescheduled to March 14, 2008 at 4:15 a.m. as the defendant refused to leave the MDC in order to attend the conference.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until March 14, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          29 February 2008

                                    Victor Marrero
                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-29-08