UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :    **NOTICE OF APPEARANCE**

    - v. -                      :    08 Cr. 286 (RPP)

RANDY HIGHTOWER,                 :

        Defendant.           :

- - - - - - - - - - - - - - - - x

TO:   Clerk of Court
      United States District Court
      Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

              By:   /s/_____
                    Edward Y. Kim
                    Assistant United States Attorney
                    Tel.: (212) 637-2401
                    Fax: (212) 637-2527